JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE LOCAL 11, | CV 23-3798 PA (PDx) |
| Petitioner, | JUDGMENT |
| v. | |
| W HOTEL MANAGEMENT, INC., | |
| Respondent. | |

In accordance with the Court's November 13, 2023 order granting the Petition to Confirm Arbitration Award filed by Petitioner Unite Here Local 11,

IT IS ORDERED, ADJUDGED, AND DECREED that the Arbitrator's Award on Remedy issued on November 29, 2022 is confirmed and Petitioner shall recover its costs of suit.

DATED: November 13, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE